# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COWAN, MARIE | § | Case No. 08-14408 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Phillip D. Levey_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-14408 EW Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | COWAN, MARIE | Date Filed (f) or Converted (c): | 06/05/08 (f) |
| | | 341(a) Meeting Date: | 07/01/08 |
| For Period Ending: | 12/24/09 | Claims Bar Date: | 03/13/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 - 1054 West 103 rd Place Chicago, Illinois  Debtor Claimed Exemption | 80,000.00 | 80,000.00 | | 45,000.00 | FA |
| 2. Bank One, Checking Account, Debtor states there is | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Bank One, Savings Account, debtor states that ther | 0.00 | 0.00 | | 0.00 | FA |
| 4. University of Chicago Credit Union, Savings Accoun  Debtor Claimed Exemption | 400.00 | 400.00 | DA | 0.00 | FA |
| 5. Household goods including: bed, couch, sofa, tv, v | 500.00 | 500.00 | DA | 0.00 | FA |
| 6. Misc. Books, CD's, Pictures &amp; Family Heirloms  Debtor Claimed Exemption | 300.00 | 300.00 | DA | 0.00 | FA |
| 7. Used Personal Clothes | 200.00 | 200.00 | DA | 0.00 | FA |
| 8. Misc. Costume Jewelry no single piece valued over  Debtor Claimed Exemption | 100.00 | 100.00 | DA | 0.00 | FA |
| 9. Term Life Insurance - No cash value to Debtor | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Employer provided pension  Debtor Claimed Exemption | 30,000.00 | 30,000.00 | DA | 0.00 | FA |
| 11. 1990 Toyota Camary 80,000 Miles (Vehicle is Paid i  Debtor Claimed Exemption | 795.00 | 795.00 | DA | 0.00 | FA |
| 12. N/A | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.97 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $112,295.00 $112,295.00 $45,009.97 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.05a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-14408    EW    Judge: EUGENE R. WEDOFF | Trustee Name:    Phillip D. Levey |
| Case Name: | COWAN, MARIE | Date Filed (f) or Converted (c):    06/05/08 (f) |
| | | 341(a) Meeting Date:    07/01/08 |
| | | Claims Bar Date:    03/13/09 |

Initial Projected Date of Final Report (TFR): 10/31/09    Current Projected Date of Final Report (TFR): 10/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-14408 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | COWAN, MARIE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3302  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4692 | | |
| For Period Ending: | 12/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/08 | 1 | Marie & Gerald Cowan | Loan Proceeds - Re-Fi of Real Estat | 1110-000 | 45,000.00 | | 45,000.00 |
| 12/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 45,000.07 |
| 12/31/08 | 000101 | Fred Stark and Century 21 Kmiecik | Real Estate Appraisal | 3711-000 | | 495.00 | 44,505.07 |
| 01/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 | | 44,505.45 |
| 02/27/09 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.34 | | 44,505.79 |
| 03/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 | | 44,506.17 |
| 04/19/09 | 000102 | INTERNATIONAL SURETIES, LTD. | TRUSTEE'S BOND | 2300-000 | | 70.19 | 44,435.98 |
| | | 701 POYDRAS STREET | BOND NUMBER 016026455 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.98 | | 44,436.96 |
| 05/29/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.13 | | 44,438.09 |
| 06/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.10 | | 44,439.19 |
| 07/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.13 | | 44,440.32 |
| 08/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.13 | | 44,441.45 |
| 09/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.10 | | 44,442.55 |
| 10/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.13 | | 44,443.68 |
| 11/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.10 | | 44,444.78 |

Page Subtotals        45,009.97        565.19

Ver: 15.05a

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-14408 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | COWAN, MARIE | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******3302  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4692 |  |  |
| For Period Ending: | 12/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 45,009.97 | 565.19 | 44,444.78 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 45,009.97 | 565.19 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 45,009.97 | 565.19 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account (Interest Earn - *******3302 | 45,009.97 | 565.19 | 44,444.78 |
|  | 45,009.97 | 565.19 | 44,444.78 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 15.05a

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page: 6)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-14408
Case Name: COWAN, MARIE
Trustee Name: Phillip D. Levey

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Phillip D. Levey | $_____ | $_____ |
| Attorney for trustee: Phillip D. Levey | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | eCAST Settlement Corporation | $ | $ |
| 000002 | American Express Travel Related Services Co, Inc | $ | $ |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000004_ | _American Express Bank FSB_ | $_____ | $_____ |

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

    The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .