**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COWAN, MARIE | § | Case No. 08-14408 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                 Kenneth Gardner
                 U.S. Bankruptcy Court Clerk
                 219 South Dearborn Street- 7th Floor
                 Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/26/2010 in Courtroom 744,
                 United States Courthouse
                 219 South Dearborn Street
                 Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner_____
                                                              Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
COWAN, MARIE § Case No. 08-14408
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 45,009.97 |
| *and approved disbursements of* | $ | 565.19 |
| *leaving a balance on hand of*[1] | $ | 44,444.78 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Phillip D. Levey* | $ 3,914.01 | $ 36.73 |
| *Attorney for trustee: Phillip D. Levey* | $ 3,112.50 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

*Reason/Applicant*            *Fees*            *Expenses*

*Other:*_____  $_____ $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

*Attorney for debtor:*_____ $_____ $_____

*Attorney for:*_____ $_____ $_____

*Accountant for:*_____ $_____ $_____

*Appraiser for:*_____ $_____ $_____

*Other:*_____ $_____ $_____


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,220.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 103.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | eCAST Settlement Corporation | $ 390.49 | $ 403.80 |
| *000002* | American Express Travel Related Services Co, Inc | $ 2,431.20 | $ 2,514.06 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 5,117.46 | $ 5,291.86 |
| 000004 | American Express Bank FSB | $ 15,281.13 | $ 15,801.91 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,369.91 .

Prepared By: /s/Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dramey                 Page 1 of 1                   Date Rcvd: Dec 30, 2009
Case: 08-14408                Form ID: pdf006              Total Noticed: 31

The following entities were noticed by first class mail on Jan 01, 2010.
db         +Marie Cowan,    1054 West 103rd Place,    Chicago, IL 60643-2329
aty        +James L Hardemon,    Legal Remedies, Chartered,    8527 S Stony Island,    Chicago, IL 60617-2247
tr         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
12299431    Aargon Collection Agency,    3160 S. Valley,    Las Vegas, NV 89102
12299432   +American Express,    PO BOX 297871,    Fort Lauderdale, FL 33329-7871
13586730    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13502230    American Express Travel Related Services Co, Inc,    c o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
12299433   +American Medical Response,    1200 S. Martin Luther King Blvd.,    Las Vegas, NV 89102-2318
12299434    Bank of America,    PO Box 53132,    Phoenix, AZ 85072-3132
12299435   +Bank of America,    PO Box 1598,    Norfolk, VA 23501-1598
12299436   +Bay Area Credit Service, Inc.,    50 Airport Parkway, Suite 100,    San Jose, CA 95110-1036
12299438   +Chase,    PO Box 830016,    Baltimore, MD 21283-0016
12299437    Chase,    PO Box 52195,    Phoenix, AZ 85072-2195
12299439    Circuit Court, Cook County,    Municipal Dept., Room 602,    Richard J. Daley Center,
             Chicago, IL 60602
12299440   +Citibank,    PO Box 6001,    The Lakes, NV 88901-6001
12299443    Creditors Interchange,    PO Box 2270,    Buffalo, NY 14240-2270
12299444    Deset Springs Hospital -B,    PO Box 19400,    Las Vegas, NV 89132
12299445    Discover,    PO Box 6011,    Dover, DE 19903
13571445    FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
             Oklahoma City, OK 73124-8809
12299447   +Flamingo Emergency Physicians,    PO Box 13901,    Philadelphia, PA 19101-3901
12299451   +Nationwide Credit & Collection, Inc,    1054 W. 103rd PL,    Chicago, IL 60643-2329
12299452   +Progressive Recovery Techniques,    PO Box 450279,    Fort Lauderdale, FL 33345-0279
12299453   +Protocol Recovery Service, Inc.,    509 Mercer Avenue,    Panama City, FL 32401-2631
12299454    Receivables Management Solutions,,    992 South Robert Street,    Saint Paul, MN 55118-1447
12299455   +Richard J. Boudreau & Associates,,    5 Industrial Way,    Salem, NH 03079-4890
12299456    Sears,    PO Box 182149,    Columbus, OH 43218-2149
12299457   +Sinai,    2715 W. 15th Place,    Chicago, IL 60608-1701
12299458   +Sinai Community Foundation,    3537 Paysphere Circle,    Chicago, IL 60674-0035
13060314    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Dec 30, 2009.
12299442   +E-mail/PDF: megan@cbcnv.com Dec 31 2009 00:21:54     Credit Bureau Central,    2355 Red Rock St,
             Ste. 200,    Las Vegas, NV 89146-3106
12299446    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 31 2009 02:09:55
             Discover Financial Services , LLC,    PO Box 15316,    Wilmington, DE 19850
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12299441    City of Chicago
12299448    Medical Payment Data
12299449    Medical Paymente Data
12299450    Mt. Sinai Hospital & Med Ctr.
aty*       +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty*       +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                              TOTALS: 4, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2010**          **Signature:** *Joseph Speetjens*