| PART A | | FORM 4 | | 04/29/10 |
|---|---|---|---|---|

**Distribution Report for Closed Asset Cases**

| Case No. | **08-14408** | Trustee Name: | **Phillip D. Levey** |
|---|---|---|---|
| Case Name: | **COWAN, MARIE** | Date: | **04/29/10** |
| | | Date Filed / Converted to Ch. 7: | **06/05/08 (f)** |

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| GROSS RECEIPTS | $45,012.05 | 100.00% |
| Less Funds Paid to Debtor: | | |
|    Exemptions | $0.00 | 0.00% |
|    Excess Funds | $13,369.91 | 29.70% |
|    Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | **$31,642.14** | **70.30%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| SECURED CLAIMS | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
|   Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES §§ 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $3,914.21 | $3,914.21 | 8.70% |
|   Trustee Expenses | $36.73 | $36.73 | 0.08% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | $3,112.50 | $3,112.50 | 6.91% |
|     Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
|   Real Estate Commissions | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
|   Other Professional Fees/Expenses | $495.00 | $495.00 | 1.10% |
|   Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
|   Other Expenses | $70.19 | $70.19 | 0.16% |
|   Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
|   Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
|   U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
|   Court Costs | $0.00 | $0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES** | $7,628.63 | $7,628.63 | 16.95% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES §§ 507(a)(1)(C) and (2) (From attached Part B) | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS § 507(a)(1)(A)&(B) | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(4) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(5) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS § 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER § 507(a)(3),(6),(7),(9) & (10) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS § 507(a)(1)(A)&(B) to § 507(a)(3) to § 507(a)(10)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $23,220.28 | $24,013.51 | 53.35% |
| **TOTAL DISBURSEMENTS** | $30,848.91 | $31,642.14 | 70.30% |

F4RECAP

Case No.: **08-14408**  
Case Name: **COWAN, MARIE**

Trustee Name: **Phillip D. Levey**  
Date: **04/29/10**  
Date Filed / Converted to Ch. 7: **06/05/08 (f)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES §§ 507(a)(1): | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
|    Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|    Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|    Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|    Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|    Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|    Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|    Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|    Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |